FILED BY _____ MC _____ D.C.

APR 2 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: _Southern Florida_ | |
|---|---|---|
| Name (under which you were convicted): _Abdelaziz Hamze_ | | Docket or Case No.: |
| Place of Confinement : _Apalachee C.I._ | Prisoner No.: _L81379_ | |
| Petitioner (include the name under which you were convicted) _Abdelaziz Hamze_   v. | Respondent (authorized person having custody of petitioner) _State_ | |
| The Attorney General of the State of: _Florida_ | | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   _17th Judicial Circuit in and for Broward County, Florida_

   (b) Criminal docket or case number (if you know): _07010490 CF10A_

2. (a) Date of the judgment of conviction (if you know): _March 23, 2009_

   (b) Date of sentencing: _May 1, 2009_

3. Length of sentence: _30 years_

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   _1. Vehicular Homicide_
   _2. Leaving Scene of Accident_
   _3. Damage to Personal property_

6. (a) What was your plea? (Check one)

   ☑ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty              ☐ (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge,  what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes      ☐ No

8.   Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   *17th Circuit of Broward County*

(b) Docket or case number (if you know):   *07010490 CF10A*

(c) Result:   *Denied*

(d) Date of result (if you know):   *May 2009*

(e) Citation to the case (if you know): _____

(f) Grounds raised:   *1. Ineffective assistance of Counsel in advising defendent not to Testify. 2. Ineffective Assistance of Counsel in failing to request self-defense & non-deadly force jury instructions. 3. Denial of self-representation and a Faretta hearing by trial Court.*
*4. Ineffective Counsel in excessive and inappropriate personal comments on the victim.*

(g) Did you seek further review by a higher state court?     ☑ Yes      ☐ No

If yes, answer the following:

(1) Name of court:   *Fourth District Court of Appeal*

(2) Docket or case number (if you know):   *4D09- 2089*

(3) Result:   *PCA Affirmed*

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): February 2011

(5) Citation to the case (if you know): N/A

(6) Grounds raised: 1. Ineffective Assistance of trial counsel in not requesting instructions on non-deadly use of force. 2. Double jeopardy, truly Inconsistent verdict 3. Denial of self-representation without a faretta hearing.

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 17th Circuit

(2) Docket or case number (if you know): 0701 0490 CF10A

(3) Date of filing (if you know): October 2013

(4) Nature of the proceeding: 3.850

(5) Grounds raised: 1. Ineffective Assistance of Counsel in: Advising defendent not to testify & 2. Unecessary personal slander of the victim. 3. Truly Inconsistent verdict 4. Trial Court's error in denying defendent self-representation & a faretta hearing. 5. Error in ruling self-defense inadmissible and excluding defendent's statement upon arrest, and favorable evidence. 6. Denial of Jury Instructions on non-deadly use of force

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: August 2015 — Denied, PCA Affirmed

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _August 20, 2015_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _17th Circuit Court in Broward County_

(2) Docket or case number (if you know): _07010490CF10A_

(3) Date of filing (if you know): _2015_

(4) Nature of the proceeding: _3.850_

(5) Grounds raised: _1. Ineffective Assistance of trial Counsel_
_2. Exoneration of evidence favorable to defendent_
_3. Double jeopardy on counts II & III Convictions_
_4. Biased Media Coverage causing a biased trial_
_5. Denial of self-representation and a Faretta hearing_
_6. Denial of Jury Instructions on non-deadly Force_
_7. Error in ruling defendent's statement upon arrest and_
_his self-defense argument inadmissible unless he testifies._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Denied_

(8) Date of result (if you know): _December 13, 2021_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:      ☑ Yes      ☐ No

(2) Second petition:   ☑ Yes      ☐ No

(3) Third petition:    ☐ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   The Court erred in rendering petitioner's statement and self-defense argument inadmissible unless he testifies in trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel mentioned the statement obtained upon petitioner's arrest and the state objected. The court sustained stating that defense counsel may not even refer to that statement anymore (T336). This statement was the ground that the state used for the very indictment in this case and, without it, the state lacks a prima-facie case to charge petitioner and try him.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ 3·850_____

Name and location of the court where the motion or petition was filed: _17ᵗʰ Circuit, Florida_

Docket or case number (if you know): _070/0490 (F10A_

Date of the court's decision: _Dec. 13, 2021_

Result (attach a copy of the court's opinion or order, if available): _Denied_

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _4ᵗʰ DCA, Florida_

Docket or case number (if you know): _4D 22-0134_

Date of the court's decision: _June 2, 2022_

Result (attach a copy of the court's opinion or order, if available): _PCA Affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** *The state falsely stated that petitioner was driving illegally and exonerated evidence of Tag, Insurance that's favorable*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Petitioner was driving a legally registered and insured van under the name of Zakaria Abdine, with his permission.*

*See Exhibit A, Florida Traffic Crash Report, indicating that the vehicle was registered legally and insured under the name of Zakaria Abdine.*

*The state during trial explicitly falsified this fact by stating that petitioner had no Tag, registration or Insurance.*

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did **not** raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *3.850*

Name and location of the court where the motion or petition was filed: *17th Circuit, Florida*

_____

Docket or case number (if you know): *07010490 CF10A*

AO 241 (Rev. 09/17)

Date of the court's decision: _December 13, 2021_

Result (attach a copy of the court's opinion or order, if available):

_Denied_

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _4th DCA, Florida_

Docket or case number (if you know): _07010490.CF10A / 4D22-0134_

Date of the court's decision: _June 2, 2022_

Result (attach a copy of the court's opinion or order, if available):

_PCA Affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _The Court erred in trying petitioner on Murder 2 & vehicular homicide & leaving scene at the same time._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_The jury was presented with 3 serious charges regarding a single infraction for which only one charge could be convicted on. This was confusing to the jury and prejudicial to petitioner because it aggravated the offense in their view, as well as the state's determination to convict petitioner, and increased the probability of a conviction and reduced the chances of a full acquittal on all counts, which would have been much higher with only one charge._

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____

(c)  **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)  **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☑ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____ 3.850_____

   Name and location of the court where the motion or petition was filed:

   _____ 17th Circut, Florida_____

   Docket or case number (if you know): _____ 07010490 CF10A_____

   Date of the court's decision: _____ Dec. 13, 2021_____

   Result (attach a copy of the court's opinion or order, if available): _____ Denied_____

   _____

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

   (4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   _____ 4th DCA, Florida_____

   Docket or case number (if you know): _____ 4D 22-134_____

   Date of the court's decision: _____ June 2, 2022_____

   Result (attach a copy of the court's opinion or order, if available):

   _____

   _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three:

_____

_____

**GROUND FOUR:** Trial Counsel was ineffective in advising petitioner not
to testify & in not requesting instructions on non-deadly & justifiable force.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel threatened petitioner if he testified during trial
that he would not assist him anymore and said that if
"you testify, you just lost your trial." This was unp-
rofessional and not strategically sound considering that petitioner is
well educated and could effectively articulate his case and plead innocence
as was proven in an unsolicited statement upon arrest, which trial counsel
was aware of. (T335, L5)

(b) If you did not exhaust your state remedies on Ground Four, explain why:  _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  3.850

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

*17ᵗʰ Circuit, Florida*

Docket or case number (if you know): *070104900CF10A*

Date of the court's decision: *December 13, 2021*

Result (attach a copy of the court's opinion or order, if available):

*Denied*

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *4ᵗʰ DCA, Florida*

Docket or case number (if you know): *4D22-0134*

Date of the court's decision: *June 2, 2022*

Result (attach a copy of the court's opinion or order, if available):

*PCA Affirmed*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

*Continue on pg 12a*

GROUND FIVE: Petitioner was not read his Miranda rights upon arrest nor in the aftermath thereof. Therefore, the detectives had no authority to obtain a statement from him nor to indict and charge him at all, and the State lacks a prima-facie case on all the charges.

- Supporting facts: No where does the record reflect that petitioner was read his Miranda rights. And the case report by the arresting officers and detectives doesn't state anywhere that the petitioner was Mirandized.

12a

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   ☑ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:

_____

_____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?   ☑ Yes   ☐ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.   *S.D. Fla, Habeas Corpus.*

*Denied and appealed to the 11th Circuit Court*

*of Appeals in Georgia, which Affirmed.*

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   _Jeffrey M. Voluck_

(b) At arraignment and plea:   _Same_

(c) At trial:   _Same_

(d) At sentencing:   _Same_

(e) On appeal:   _James McIntire (on direct appeal)_

(f) In any post-conviction proceeding:   _Fred Haddad (on the 1st 3.850)_

(g) On appeal from any ruling against you in a post-conviction proceeding:   _Self, pro-se_

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Reverse the conviction on all charges.*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *4.11.2023* (month, date, year).

Executed (signed) on *4.11.2023* (date).

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON *4/12/23* vm
FOR MAILING

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____



Abdelaziz Hamze, # L81379
Apalachee C·I·
35 Apalachee Drive
Sneads, FL 32460~4255

US POSTAGE PITNEY BOWES
ZIP 32460 $ 001.35⁰
02 4W
0000366590 APR. 14. 2023

FOREVER USA

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

US DISTRICT COURT
400 North Miami Avenue

MIAMI, FL 33128-7716



REC'D BY_____ D.C.

APR 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

LEGAL MAIL

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 4/12/03 Vm
FOR MAILING
A. H.

LEGAL MAIL