# EXHIBIT "A"

[FLORIDA TRAFFIC CRASH REPORT]

# FLORIDA TRAFFIC CRASH REPORT
## LONG FORM
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500

**DO NOT WRITE IN THIS SPACE**

| DATE OF CRASH | TIME OF CRASH | TIME OFFICER NOTIFIED | TIME OFFICER ARRIVED | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| 06 03 07 | 9:40 PM | 10:30 PM | 10:45 PM | BS07-06-4150 | 70301598 |

| COUNTY/CITY CODE | FEET or MILE(S) | N S E W | CITY OR TOWN | (Check if in City or Town) | COUNTY |
|---|---|---|---|---|---|
| 10-38 | | | Ft. Lauderdale | ☒ | Broward |

| AT NODE NO. or FEET or MILE(S) | FROM NODE NO. | NEXT NODE NO. | NO. OF LANES | 1 DIVIDED / 2 UNDIVIDED | ON STREET, ROAD OR HIGHWAY |
|---|---|---|---|---|---|
| | | | 6 | 1 | S. State Road 7 (U.S. 441) |

| AT THE INTERSECTION OF | or FEET | MILE(S) | N S E W | FROM INTERSECTION OF |
|---|---|---|---|---|
| | 144 | | ☒ S | Riverland Road |

## SECTION 1 - Vehicle

| DRIVER ACTION | YEAR | MAKE | TYPE | USE | VEH LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 2 | 99 | Dodg | 02 | 01 | C72 8CN | Fl | 1B4GP44G4XBS20903 |

SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREAS: **2**

| VEHICLE TRAVELING | ON | AT Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|
| ☒ N | S. State Road 7 (U.S. 441) | 40 | 45 | 2,000.00 (2) | |

| MOTOR VEHICLE INSURANCE COMPANY | POLICY NUMBER | VEHICLE REMOVED BY | |
|---|---|---|---|
| Ocean Harbor Insurance Casualty Co. | JAJ243923301 | BSO | 4 |

| NAME OF VEHICLE OWNER | CURRENT ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Abdine Zakaria | 6065 N.W. 186th Street #309 | Miami, Florida | 33015 |

| NAME OF DRIVER / PEDESTRIAN | CURRENT ADDRESS | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| Abdelaziz Bilal Hamze | 4708 S.W. 23rd Terrace | Dania Beach, Florida 33023 | 04-23-1983 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ END | ALC/DRUG TEST TYPE | RESULTS | ALC/DRUG | PHY/DEF | RES | RACE | SEX | INJ | S. EQUIP | EJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H520-002-83-143-0 | Fl | 5 | | | 5 | - | - | 1 | - | 2 | 1 | 1 | 1 | - | 5 | 1 |

| HAZARDOUS MATERIALS BEING TRANSPORTED | PLACARDED | WAS HAZARDOUS MATERIAL SPILLED | RECOMMENDED DRIVER RE-EXAM | DRIVER'S PHONE NO. |
|---|---|---|---|---|
| 2 | 2 | 2 | 2 | Unknown |

## SECTION 2 - Vehicle

| DRIVER ACTION | YEAR | MAKE | TYPE | USE | VEH LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 3 | 66 | Cadi | 01 | 01 | BC4 256 | Fl | B6198883 |

SHOW FIRST POINT OF VEHICLE DAMAGE: **9**

| VEHICLE TRAVELING | ON | AT Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|
| ☒ N | S. State Road 7 (U.S. 441) | 10 | 45 | 2500.00 (2) | |

| MOTOR VEHICLE INSURANCE COMPANY | POLICY NUMBER | VEHICLE REMOVED BY | |
|---|---|---|---|
| Progressive American Ins. Company | 28342724 | Westway Towing | 4 |

| NAME OF VEHICLE OWNER | CURRENT ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Broward Sheriff's Office | 2601 W. Broward Blvd. | Ft. Lauderdale, Florida | 33311 |

| NAME OF DRIVER / PEDESTRIAN | CURRENT ADDRESS | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| Michael Williams | 705 Riverside Drive | Ft. Lauderdale, Florida 33312 | 08-28-1981 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ END | ALC/DRUG TEST TYPE | RESULTS | ALC/DRUG | PHY/DEF | RES | RACE | SEX | INJ | S. EQUIP | EJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W452-552-81-308-0 | Fl | 5 | 1 | | 5 | - | - | 1 | 1 | 2 | 2 | 1 | 2 | - | 1 |

| HAZARDOUS MATERIALS BEING TRANSPORTED | PLACARDED | WAS HAZARDOUS MATERIAL SPILLED | RECOMMENDED DRIVER RE-EXAM | DRIVER'S PHONE NO. |
|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 954-793-3785 |

## Code Information

**VEHICLE TYPE**
01 Automobile
02 Van
03 Light Truck / P.U. - 2 or 4 rear tires
04 Medium Truck - 4 rear tires
05 Heavy Truck - 2 or more rear axles
06 Truck Tractor (Cab - Bobtail)
07 Motor Home (RV)
08 Bus (driver + seats for 9-15)
09 Bus (driver + seats for over 15)
10 Bicycle
11 Motorcycle
12 Moped
13 All Terrain Vehicle
14 Train
15 Low Speed Vehicle
77 Other

**VEHICLE USE**
01 Private Transportation
02 Commercial Passenger
03 Commercial Cargo
04 Public Transportation
05 Public School Bus
06 Private School Bus
07 Ambulance
08 Law Enforcement
09 Fire / Rescue
10 Military
11 Other Government
12 Dump
13 Concrete Mixer
14 Garbage or Refuse
15 Cargo Van
77 Other

**TRAILER TYPE**
01 Single Semi Trailer
02 Tandem Semi Trailer
03 Tank Trailer
04 Saddle Mount / Racked
05 Boat Trailer
06 Utility Trailer
07 House Trailer
08 Pole Trailer
09 Towed Vehicle
10 Auto Transport
77 Other

**RESIDENCE (Driver / Ped.)**
1 County of Crash
2 Elsewhere In State
3 Non - Resident of State
4 Foreign 6 Unknown

**DL TYPE**
1A 2B 3C
4D / Chauffeur
5E / Operator
6E / Oper - Rest
7 Other

**REQUIRED ENDORSEMENTS**
1 Yes
2 No
3 No Endorsement Required

**RACE**
1 White
2 Black
3 Hispanic
4 Other

**SEX**
1 Male
2 Female

**PHYSICAL DEFECTS**
1 No Defects Known
2 Eyesight Defect
3 Fatigue / Asleep
4 Hearing Defect
5 Illness
6 Seizure, Epilepsy, Blackout
7 Other Physical Defect

**INJURY SEVERITY**
1 None
2 Possible
3 Non - Incapacitating
4 Incapacitating
5 Fatal (Within 30 Days)
6 Non - Traffic Fatality

**ALCOHOL / DRUG USE**
1 Not Drinking or Using Drugs
2 Alcohol - Under Influence
3 Drugs - Under Influence
4 Alcohol & Drugs - Under Influence
5 Had Been Drinking
6 Pending ALC/DRUG Test Results

**SAFETY EQUIPMENT IN USE**
1 Not In use
2 Seat Belt / Shoulder Harness
3 Child Restraint
4 Air Bag - Deployed
5 Air Bag - Not Deployed
6 Safety Helmet
7 Eye Protection

**LOCATION IN VEHICLE**
1 Front Left
2 Front Center
3 Front Right
4 Rear Left
5 Rear Center
6 Rear Right
7 In Body Of Truck
8 Bus Passenger
9 Other

**EJECTED**
1 No
2 Yes
3 Partial

HSMV 90003 (REV 01/02)

PAGE 1 of 4

Official copy obtained through BuyCrash.com